Lisa E. DIEBAL, Appellant,

v.

Kenneth A. DIEBAL, Respondent.

No. ED 104527

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: September 5, 2017

FOR APPELLANT: Kevin A. Richardson, 438 West Front Street, Washington, MO 63090.

FOR RESPONDENT: Cherlyn Crosby-Herberts, Jenna Rohr Conley, 1843 Sherman Drive, St. Charles, Missouri 63303.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

### ORDER

PER CURIAM

Lisa E. Diebal ("Wife") appeals from the trial court's amended judgment of dissolution, *inter alia* dissolving the marriage between Wife and Kenneth A. Diebal ("Husband") and awarding to each various marital property and debt, including an award of attorney's fees.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).